Jose M. TOURON, Jr., Petitioner,

v.

NATIONAL IMMIGRATION
AND NATURALIZATION
SERVICE, Respondent.

No. 03–3250.

United States Court of Appeals,
Federal Circuit.

March 19, 2004.

Jose M. Touron, Jr., of Counsel, Miami, FL, pro se.

Lauren S. Moore, Principal Attorney, David M. Cohen, James M. Kinsella, of Counsel, Washington, DC, for Respondent.

## ORDER

Petitioner having filed the required Statement Concerning Discrimination, and having filed the required brief, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

The respondent should compute the due date for filing its brief from the date of filing of this order.